# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| MONIKA ANDERSON, on behalf of herself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 22-00452-CV-W-BP ) |
| EMEREST HEALTH OF MISSOURI, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

## CLERK'S ORDER OF DISMISSAL

Pursuant to (1) the Court's approval of the parties' settlement, (*see* Doc. 43), and (2) the parties' Joint Status Report, (*see* Doc. 51), which indicates the settlement has been fully effectuated and no further issues need to be addressed by the Court, this case is DISMISSED with prejudice.

                                                         AT THE DIRECTION OF THE COURT

                                                         Paige Wymore-Wynn, Clerk of Court
                                                         **/s/ Shauna Murphy-Carr**
                                                         Deputy Clerk

Date:   March 18, 2024